Robert B. Wilson  
Chapter 13 Trustee  
1407 Buddy Holly Avenue  
Lubbock, TX 79401-9401  
(806)748-1980 Phone  
(806)748-1956 Fax  

**IN THE UNITED STATES BANKRUPTCY COURT**  
**NORTHERN DISTRICT OF TEXAS**  
**AMARILLO DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 15-20253 |
| MARIA ASUSENNA JIMENEZ | DATED: October 11, 2017 |
| GILBERTO ROMERO JIMENEZ | |
| DEBTOR(S) | |

**NOTICE TO DEPOSIT UNCLAIMED FUNDS**

Transmitted herewith is a check for deposit into the court's unclaimed funds registry as unclaimed property for the above reference chapter 13 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case: DISMISSED AFTER CONFIRMATION (3)  
Explanation of Sources: Creditor not accepting payments from Trustee and/or Trustee is unable to locate Creditor  
Disbursement Amount: $6,017.54  
Name of Payee on Check:

MARIA ASUSENNA JIMENEZ   4601 Peterson Rd   Amarillo, TX,    79118

/s/ Robert B. Wilson  
Robert B. Wilson, Chapter 13 Trustee  
1407 Buddy Holly Avenue  
Lubbock, TX 79401-9401  

Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE TO DEPOSIT UNCLAIMED FUNDS was electronically served to the following parties on October 11, 2017.

SWINDELL & ASSOCIATES PC, ATTORNEY AT LAW, 1105 S TAYLOR, AMARILLO, TX 79101  
WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX 75242

/s/ Robert B. Wilson  
Robert B. Wilson, Chapter 13 Trustee  
1407 Buddy Holly Avenue  
Lubbock, TX 79401-9401