BTXN 127 (rev. 1/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: MARIA ASUSENNA JIMENEZ<br>GILBERTO ROMERO JIMENEZ<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§<br>§ | Case No.: 15-20253 |

FILED
JAN 20 2021
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a _____ creditor _X_ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | **Name of Claimant(s)** | GILBERTO R JIMENEZ |
|---|---|---|
| 2. | **Name and Title of Authorizing Officer or Representative** *(If Claimant is an individual, skip to Question No. 3)* | |
| 3. | **Current Mailing Address** | 5200 VAL VERDE AVE<br>AMARILLO TX 79118 |
| 4. | **Telephone Number** | (806) 418-0799 |
| 5. | **SS# *(last 4 digits only)* or EIN #** | 0795 |
| 6. | **Amount Being Claimed** | $3,008.77 |

I, ___GILBERTO R JIMENEZ___ ,do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date _1 - 8 - 21_  _____ Claimant Signature   _N/A_____ Co-Claimant Signature

Subscribed and Sworn to Before Me this _8_ day of _January 2021_ .

_____
Notary Public
In and for the State of _Texas_

My commission expires _09.07.24_

EMILEE R. CAIN
Notary Public, State of Texas
Notary ID #132655081
My Commission Expires 09-2-2024

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 1/14/2021

Claimant's Signature

AO 213
(Rev. 01/16)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns. The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS. Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)). The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

☐ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

☐ The vendor is an agency or instrumentality of a foreign government;

**Additional information required for vendors used for procurement
(purchase orders, contracts, etc.)**

Indicate which, if any, of the following categories are applicable. These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

☐ Women Owned Business                    ☐ Not Applicable

☐ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below)*:

| | | |
|---|---|---|
| ☐ Asian-Pacific American | ☐ Black American | ☐ Subcontinent Asian (Asian-Indian)American |
| ☐ Hispanic American | ☐ Native American | ☐ Other: |

Date: 1/14/2021 _____          _____ *Vendor's Signature*

---

**For Agency Use Only**

The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR). (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply:  ☐ Addition   ☐ Change   ☐ Vendor Code: _____   *(make entry only if change)*

☐ Active   ☐ Inactive   ☐ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form: |
|---|
| Contact Name: |
| Telephone Number:                          Email: |

| Identification of person making this request: |
|---|
| Name: |
| Telephone Number:                          Originating Office: |

Please type or print clearly.    Please type or print clearly. For JIFMS Users only, e-mail the completed form to: jifms@support.aotx.uscourts.gov. For Court FAS4T Users, send this form to the local court Vendor Administrator. For questions regarding JIFMS and Court FAS4T please contact SDSO at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.



# Maria Asusenna Jimenez (15-20253)

## United States Bankruptcy Court, N.D. Texas

🗗 View on PACER (https://ecf.txnb.uscourts.gov/cgi-bin/DktRpt.pl?431851)

Q Search this Docket (/?type=r&q=docket_id%3A16824195)

🔔 Get Alerts (/alert/docket/toggle/)      ❓ (/help/alerts/#recap-alerts)

Last Updated: Feb. 10, 2020, 10:20 a.m. CST

Assigned To: Robert L. Jones (/?type=r&assigned_to="Robert L. Jones")

Date Filed: Oct. 5, 2015

Date Terminated: May 2, 2017

Date of Last Known Filing: Dec. 12, 2017

▤ Docket Entries (/docket/16824195/maria-asusenna-jimenez/)

👥 Parties and Attorneys (/docket/16824195/parties/maria-asusenna-jimenez/)

## 👤 Debtor

| Maria Asusenna Jimenez | REPRESENTED BY | Patrick Alan Swindell |
|---|---|---|
| | | 📞 (806) 374-7979 |
| | | Fax: (806) 374-1991 |
| | | Swindell Law Firm |
| | | 106 SW 7th Ave. |
| | | Amarillo, TX 79101 |

## 👤 Joint Debtor

| Gilberto Romero Jimenez | REPRESENTED BY | Patrick Alan Swindell |
|---|---|---|
| | | 📞 (806) 374-7979 |
| | | Fax: (806) 374-1991 |
| | | Swindell Law Firm |
| | | 106 SW 7th Ave. |
| | | Amarillo, TX 79101 |

## 👤 Trustee

Robert B. Wilson

Robert B. Wilson
Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401
(806)748-1980 Phone
(806)748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

IN RE:                                          CASE NO:   15-20253
MARIA ASUSENNA JIMENEZ                          DATED:      October 11, 2017
GILBERTO ROMERO JIMENEZ

DEBTOR(S)

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

Transmitted herewith is a check for deposit into the court's unclaimed funds registry as unclaimed property for the above reference chapter 13 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:         DISMISSED AFTER CONFIRMATION (3)
Explanation of Sources:      Creditor not accepting payments from Trustee and/or Trustee is unable to locate Creditor
Disbursement Amount:         $6,017.54
Name of Payee on Check:

MARIA ASUSENNA JIMENEZ   4601 Peterson Rd   Amarillo, TX,   79118


/s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401


Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE TO DEPOSIT UNCLAIMED FUNDS was electronically served to the following parties on October 11, 2017.

SWINDELL & ASSOCIATES PC, ATTORNEY AT LAW, 1105 S TAYLOR, AMARILLO, TX  79101
WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX  75242


/s/ Robert B. Wilson
Robert B. Wilson, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401

1/13/2021, idiCORE

 **idiCORE**

## Expanded Person Search

SSN: 568930795

1 of 1 results

**GILBERTO JIMENEZ**
show alias (7)
**SSN:** ███-██-0795
Issued in California, 1987
**DOB:** 12/13/1975 (45)
show other seen DOB (1)

**Likely Current Address:** 4601 PETERSON RD, AMARILLO, TX, 79118 (RANDALL) (07/27/2006-Current)
**Last Seen Email Address:** None Found
**Last Seen IP Address:** None Found
**Bankruptcies:** Yes (Latest 2015)
**Liens:** None Found
**Judgments:** Yes
**Foreclosures:** Yes
**Possible Criminal/Infractions:** Yes
**Business Affiliations:** None Found

**Address (County/Parish/Borough) History:**
4601 PETERSON RD, AMARILLO, TX, 79118 (RANDALL) 🏠 (07/27/2006-Current)
612 BOSTON PL, AMARILLO, TX, 79107 (POTTER) (10/29/2020)
5200 VAL VERDE AVE, AMARILLO, TX, 79118 (RANDALL) (06/21/2018-10/07/2020)
25526 CATALEJO LN, MORENO VALLEY, CA, 92551 (RIVERSIDE) (08/22/2004)
328 N 6TH ST, BANNING, CA, 92220 (RIVERSIDE) 🏠 (08/27/2001-08/01/2007)
3263 WASHINGTON ST, RIVERSIDE, CA, 92504 (RIVERSIDE) (05/15/2000)
625 E THEODORE ST, BANNING, CA, 92220 (RIVERSIDE) (03/01/2000-12/31/2000)
26038 BILOXI DR, MORENO VALLEY, CA, 92555 (RIVERSIDE) (12/19/1997-12/31/2001)
10118 ALEXANDER AVE, SOUTH GATE, CA, 90280 (LOS ANGELES) (04/29/1996)
hide addresses (1)

**Phone (Last Seen)**
C:806-418-0799 (10/29/2020)
NEW CINGULAR WRLS IL
C:806-418-0798 (12/05/2014)
NEW CINGULAR WRLS IL
C:951-312-5501 (04/08/2008)
NEW CINGULAR WIRLESS
C:909-556-2299 (10/15/2005)
NEW CINGULAR WIRLESS
R:806-622-1943 (03/01/2009)
SOUTHWESTERN BELL
R:806-622-2364 (10/31/2015)
SOUTHWESTERN BELL

**Likely Relatives (R) and Associates (A):**
(R) -ALICIA JIMENEZ (67)
(R) -PIO JIMENEZ (73)
(R) -SILVIA JIMENEZ (46)
(R) -MARIA JIMENEZ (40)
(R) -ESTEBAN JIMENEZ (31)
(A) -MARIA GONZALES (44)
(A) -MIGUEL GONZALEZ (69)
(A) -MARIA GONZALEZ (61)
show more (17)

**Possible Email Addresses:** (Last Seen)
None Found

**Possible IP Addresses:** (Last Seen)
None Found



(Y) (Y) (Coming soon)

---

**Case Number: 15-20253-RLJ**
**NORTHERN TEXAS U.S. Bankruptcy Court - Amarillo**
Disposition: 013 Dismissed

| | | |
|---|---|---|
| **Chapter:** | 013 | |
| **Filing Date:** | 10/05/2015 | |
| **Status:** | Dismissed | |
| **Status Date:** | 04/11/2017 | |
| **Case Voluntary:** | V | |
| **Assets:** | Y | |
| **Hearing Date:** | 11/02/2015 | |
| **Hearing Location:** | AMARILLO 1800 S. WASHINGTON SUITE | |
| **Judge Name:** | ROBERT L. JONES | |
| **Proof of Claims Date:** | 02/01/2016 | |
| **Conversion Date:** | | |
| **Objection to Plan Date:** | | |

**Attorney Information:**
PATRICK ALAN SWINDELL
SWINDELL & ASSOCIATES PC
1105 S TAYLOR ST
AMARILLO, TX 79101-4315
806-374-7979

**Debtor:**
JIMENEZ MARIA ASUSENNA
███-██-2246
4601 PETERSON RD
AMARILLO, TX 79118-3231

**Codebtor:**
JIMENEZ GILBERTO ROMERO
███-██-0795
4601 PETERSON RD
AMARILLO, TX 79118-3231

**Trustee:**
ROBERT B WILSON
6308 IOLA AVE
LUBBOCK, TX 79424-2735
806-748-1980

IDI is not a "consumer reporting agency" and its services do not constitute "consumer reports," as these terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). IDI services may not be used in whole or in part as a factor in establishing an individual's eligibility for credit, insurance, employment nor for any other purpose under the FCRA.

idiCORE

© 2021 Interactive Data, LLC. All rights reserved.